UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE et al, | No. C 06-2424  MHP |
| Plaintiff(s), | **ORDER**<br>**(Ninety-Day Conditional Dismissal)** |
| v. | |
| CITY OF OAKLAND et al, | |
| Defendant(s). | |

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this action.

IT IS HEREBY ORDERED that this action is dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with a proof of service of a copy on opposing counsel, within 90 days from the date hereof, that the agreed consideration for the settlement has not been delivered over, this Order shall stand vacated, and the action shall be restored to the calendar to be set for trial.

Dated: 10/10/2007

MARILYN HALL PATEL
United States District Court Judge

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10
11  JANE DOE et al,                                  No. C 06-2424  MHP
12          Plaintiff(s),                            **ORDER**
                                                     **(Ninety-Day Conditional Dismissal)**
13     v.
14  CITY OF OAKLAND et al,
15          Defendant(s).
16  ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯/
17       The parties hereto, by their counsel, having advised the Court that they have agreed to a
18  settlement of this action.
19            IT IS HEREBY ORDERED that this action is dismissed with prejudice; provided,
20  however, that if any party hereto shall certify to this Court, with a proof of service of a copy on
21  opposing counsel, within 90 days from the date hereof, that the agreed consideration for the
22  settlement has not been delivered over, this Order shall stand vacated, and the action shall be
23  restored to the calendar to be set for trial.
24
25  Dated: 10/10/2007
                                                     ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
26                                                   MARILYN HALL PATEL
                                                     United States District Court Judge
27
28