1  JOHN L. BURRIS (SBN #69888)
   LAW OFFICES OF JOHN L. BURRIS
2  7677 Oakport Street, Suite 1120
   Oakland, California  94621
3  (510) 839-5200; FAX (510) 839-3882
   Email: john.burris@johnburrislaw.com
4
   JAMES B. CHANIN (SBN# 76043)
5  JULIE M. HOUK   (SBN# 114968)
   Law Offices of James B. Chanin
6  3050 Shattuck Avenue
   Berkeley, California  94705
7  (510) 848-4752; FAX: (510) 848-5819

8  Attorneys for Plaintiffs

9                     UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE and MARY ROE, | ) Case No.: C06-02424 MHP |
| Plaintiffs, | ) **STIPULATION FOR DISMISSAL OF** |
| vs. | ) **ENTIRE ACTION WITH PREJUDICE** |
|  | ) **AND ORDER THEREON** |
| CITY OF OAKLAND, et al., | ) |
| Defendants. | ) |

       THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF

RECORD, DO HEREBY AGREE AND STIPULATE THAT:

       Pursuant to the terms of the settlement between Plaintiffs JANE DOE and MARY ROE

and defendant CITY OF OAKLAND, all parties do hereby request that the entire action shall be

Stip/Order Re Dismissal  Case No. C06-02424 MHP                                      1

dismissed with prejudice, each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED:

Dated: February 15, 2007            _____/s/_____
                                    JOHN L. BURRIS
                                    Attorney for Plaintiff
                                    JANE DOE

Dated: February 15, 2007            _____/s/_____
                                    JAMES B. CHANIN
                                    Attorney for Plaintiff
                                    MARY ROE

Dated: February 15, 2007            _____/s/_____
                                    INES VARGAS FRAENKEL
                                    Attorney for Defendant
                                    CITY OF OAKLAND

Dated: February 16, 2007            _____/s/_____
                                    GEOFFREY A. BEATY
                                    Attorney for Defendant
                                    RICHARD VALERGA

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: __2/22/07_____, 2007    _____
                                    MARILYN HALL PATEL
                                    Judge of the United States District Court

Stip/Order Re Dismissal  Case No. C06-02424 MHP                              2